IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. WILLIAM M. POLLACK, on behalf of plaintiff and the class members defined herein, <br><br> Plaintiff, <br><br> v. <br><br> MAGNA CHEK, INC., and JOHN DOES 1-10, <br><br> Defendants. | 14 C 1024 <br><br> Judge Feinerman <br> Magistrate Judge Brown |

## STIPULATION OF DISMISSAL

Plaintiff Dr. William M. Pollack and Defendant Magna Chek, Inc. by and through their respective attorneys and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to the dismissal of Plaintiff Dr. William M. Pollack's individual claims against Defendant Magna Chek, Inc. with prejudice and without costs. Plaintiff Dr. William M. Pollack's class claims against Defendant Magna Chek, Inc. are dismissed without prejudice and without costs. Plaintiff Dr. William M. Pollack's claims against John Does 1-10 are dismissed without prejudice and without costs.

Respectfully submitted,

/s/ Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
 & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

/s/ Julie D. Miller

Joseph P. Kincaid
Julie Miller
SWANSON, MARTIN & BELL, LLP
330 N. Wabash Ave., Suite 3300
Chicago, IL 60611
(312) 321-9100
(312) 321-0990 (FAX)

## CERTIFICATE OF SERVICE

      I, Heather Kolbus, certify that on December 9, 2014, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system, which will send notification of such filing to the following:

Joseph P. Kincaid (jkincaid@smbtrials.com)
Michael A. McCaskey (mmccaskey@smbtrials.com)
Julie D. Miller (jmiller@smbtrials.com)
Swanson, Martin & Bell, LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois 60611

                                            s/ Heather Kolbus
                                            Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)